■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES WILSON and EDWARD GOSSLING, Appellants.— Motion granted and order dismissing appeal vacated; respondent directed to file and serve a printed brief

on or before October 21, 1960 and case added to calendar for argument at October 1960 Term.